UNITED STATES of America, Appellee,

v.

Geraldo LOPEZ–TOPETE, also known as Abel De La Paz–Barrios, Appellant.

No. 03–3637.

United States Court of Appeals, Eighth Circuit.

Submitted July 6, 2004.

Decided July 26, 2004.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

Joseph Thomas Dixon, III, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff–Appellee.

Geraldo Lopez–Topete, Florence, CO, pro se.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Geraldo Lopez–Topete appeals the sentence imposed by the district court[1] after he pleaded guilty to one count of interstate travel in aid of unlawful activity, in violation of 18 U.S.C. § 1952(a)(3). In a brief filed under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lopez–Topete challenges the denial of a downward departure motion based on diminished mental capacity. This argument amounts to an attack on the district court's discretionary refusal to depart downward, which in the circumstances of this case is unreviewable. *See United States v. Gonzalez–Ramirez,* 350 F.3d 731, 734 (8th Cir. 2003).

Having reviewed the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we affirm. We also grant counsel's motion to withdraw.

---

[1]. The Honorable James M. Rosenbaum, Chief Judge, United States District Court for the District of Minnesota.